# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_Kimberly Cole_
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_The Massachusetts Commission Against Discrimination_
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

FILED IN CLERKS OFFICE 2021 OCT -7 PM 2:11

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kimberly Cole |
| Street Address | 125 Royal Dane Lane #17 |
| City and County | Abington, (Plymouth County) |
| State and Zip Code | MA. 02351 |
| Telephone Number | (781) 990-9617 |
| E-mail Address | kimdave67@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: (MCAD) The Massachusetts Commission Against Discrimination (State Agency)
- Job or Title (if known):
- Street Address: One Ashburton Place #601
- City and County: Boston,
- State and Zip Code: Massachusetts 02108
- Telephone Number: (617) 994-6000
- E-mail Address (if known): HUD (Lee Gonzalez, recieved original 2018 Complaint + referred it to MCAD October 2018) leegonzalez@hud.gov and MCAD mcad@state.ma.us +victor.pereza@state.ma.us + john.montgomery2@state.ma.us

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

⊛ Note some Email Attachments are Confidential and intended for Plaintiff from MCAD. Copied only for Court Civil Action Purposes and Defendants are issuers of the noted confidential emails, and Plaintiff is not providing to any party but the Court as legal document.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

MCAD Dereliction of duty by Legal Dept./Sunila Thomas George; MCAD Investigation Commissioner; Eric Bove; Joan Beron; Deborah A'vant for failing statutory/obligations which is a violation of Plaintiffs common law Rights by The (MCAD) Ma Commission Against Discrimination failed to (timely) Investigate/prevent discrimination for plaintiff (a protected class due to Disability) The original Complaint to HUD coalesced into 3 part MCAD Complaint

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* MA Commission Against Discrimination, is a citizen of the State of *(name)* MA. Or is a citizen of *(foreign nation)* USA.

b. If the defendant is a corporation

The defendant, (name) The Massachusetts Commission Against Discrimination (referred to as "MCAD" in complaint) is incorporated under the laws of the State of (name) of Commonwealth Massachusetts, and has its principal place of business in the State of (name) Massachusetts. Or is incorporated under the laws of (foreign nation) Massachusetts, and has its principal place of business in (name) Boston, Ma.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

C. v. Tinson Docket # 1983CV00540 and US 1st District Court Docket # 18CV12456 + #20-2036.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

One part of 3 part MCAD Investigation has settled. Plaintiff awaits settlement to date. Two parts (Investigators Mr. Perez + Mr. Montgomery are contacts) have not even been assigned an Investigator. Allegations by Plaintiff include severe personal injury, sexual harassment, witness intimidation; inability to properly litigate other (lead poisoning claims + prior Federal Civil cases) due to failure of MCAD

III. Statement of Claim property

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Due to the extensiveness of this claim Plaintiff has attached pages that reflect how the MCAD Defendants were/are involved and what they did (or failed to do) that caused Plaintiff harm; violated ADA Laws for Disabled parties; fiduciary responsibilities of MCAD (legal dept.) failures to act for Plaintiff as are their duties as an MCAD employer/lawyer Not refiling re: Cat fees but for 2 other Complaints that are nearing 3 years old (Oct 2018 original filing w/ HUD)

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief of punitive damages in the amount of $1,000,000 is requested as the wrongs alleged (and in part confirmed by noting MCAD Docket # 19BPR00656 HUD Federal charge # 01-19-1760-8) that wrongs are continuing at the present time. A review of the aforementioned MCAD Docket # reflects the ongoing negligence/dereliction of duty by MCAD employer(s) lawyers, commissioner. The attached 2018 to present date MCAD written + emailed correspondences reflect the reasons Plaintiff claims entitles them to actual/punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7 October 2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Kimberly Cole

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____